Stanley I. JACOBSON; Daniel P. Welsh; Robert E. McMillin; Ernest O. Blandin; Richard E. Hook, Plaintiffs–Appellants,

v.

HUGHES AIRCRAFT COMPANY; Hughes Non–Bargaining Retirement Plan, Defendants–Appellees.

No. 93–55392.

United States Court of Appeals, Ninth Circuit.

April 5, 1999.

Before: FLETCHER, PREGERSON, and NORRIS,[1] Circuit Judges.

## ORDER

In light of the Supreme Court's decision in *Hughes Aircraft Co., et al., v. Stanley I. Jacobson, et al.,* —— U.S. ——, 119 S.Ct. 755, 142 L.Ed.2d 881 (1999), which reversed the decision of this court, reported at 105 F.3d 1288 (9th Cir.1997), the decision of the United States District Court is affirmed. The mandate of this court will issue immediately.